IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joel Petefish Sr.,                              Case No. 4:13CV1295

        Petitioner

     v.                                    **JUDGMENT ENTRY**

Richland Correctional Institution,

        Respondent

For the reasons stated in the order filed February 18, 2015, it is hereby

ORDERED THAT:

1.      The petition for habeas corpus relief be, and the same hereby is denied; and

2.      Reasonable jurists could not dispute the outcome of petitioner's unsuccessful challenge to his state court convictions. No certificate of appealability shall, accordingly, issue.

So ordered.

                                                 /s/ James G. Carr
                                                 Sr. U.S. District Judge